# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**MARY SHERMAN,**

    Plaintiff,

    v.

**CITY OF VALDOSTA, GEORGIA, and JOHN FRETTI, Individually, and in his Official Capacity as Mayor of the City of Valdosta,**

    Defendants.

Civil Action No. 7:07-cv-53(HL)

## ORDER

For the reasons set forth in the Court's Order (Doc. 48) entered on April 15, 2009 in the case of <u>Kathryn Harris v. City of Valdosta, Georgia, et al.</u>, civil action number 7:07-cv-00046(HL), Defendants are entitled to summary judgment on Plaintiff's federal law claims. Judgment shall be entered in favor of Defendants. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims. Consequently, those claims are dismissed without prejudice.

**SO ORDERED**, this the 17th day of April, 2009.

                          *s/ Hugh Lawson*
                          **HUGH LAWSON, SENIOR JUDGE**

mbh